IN THE SUPREME COURT OF NORTH CAROLINA

No. 24A18

Filed 1 February 2019

STATE OF NORTH CAROLINA

v.

JERRY GIOVANI THOMPSON

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 809 S.E.2d 340 (2018), vacating and remanding a judgment entered on 3 January 2017 by Judge William R. Bell in Superior Court, Mecklenburg County.  Heard in the Supreme Court on 2 October 2018.

*Joshua H. Stein, Attorney General, by Derrick C. Mertz, Special Deputy Attorney General, and Robert T. Broughton, Assistant Attorney General, for the State-appellant.*

*Erik R. Zimmerman and Travis S. Hinman for defendant-appellee.*

PER CURIAM.

The decision of the Court of Appeals is vacated and this case is remanded to the Court of Appeals for reconsideration in light of our decision in *State v. Wilson*, ___ N.C. ___, ___ S.E.2d ___ (Dec. 21, 2018) (No. 295PA17).

VACATED AND REMANDED.

Justice EARLS did not participate in the consideration or decision of this case.